```
                  UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**JANET L. THOMPSON,**

      **Plaintiff,**

**v.**                              **CIVIL ACTION NO. 2:14-cv-03433**

**EASTMAN CHEMICAL CO., FREEDOM**
**INDUSTRIES, INC., and WEST**
**VIRGINIA-AMERICAN WATER CO.**

      **Defendants.**

## MEMORANDUM OPINION AND ORDER

The plaintiff, acting <u>pro se</u>, instituted this action claiming defendants violated various federal statutes on January 22, 2014. By standing order this action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge. On March 19, 2014, the magistrate judge granted the plaintiff's application to proceed without prepayment of fees and directed the plaintiff to serve the summonses and complaint upon defendants.

On September 21, 2015, Judge VanDervort ordered the plaintiff to show good cause that had prevented her from effecting service within the required 120-day period. On October 13, 2015, the plaintiff filed an answer to the order to

show cause.  The magistrate judge filed Proposed Findings and Recommendation ("PF&R") dated October 15, 2015, finding that the plaintiff had failed to present good cause or other circumstances justifying the extension of the 120-day period for effecting service and recommending that the court dismiss this action without prejudice as required by Fed. R. Civ. P. 4(m). The court received no objections to the magistrate judge's PF&R.

Based on a review of the record, and hearing no objections, the court adopts and incorporates herein the magistrate judge's proposed findings and recommendation.  For the reasons stated, it is ORDERED as follows:

1. That the PF&R be, and it hereby is, adopted and incorporated herein;

2. That this civil action be, and it hereby is, dismissed without prejudice and removed from the court's docket.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record and the United States Magistrate Judge.

DATED:     November 9, 2015

Judge John T. Copenhaver, Jr.
United States District Judge